**(Official Form 1) (10/05)**

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Campbell Tiu Campbell, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**35-1129399** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State<br>**200 North Michigan**<br>**Suite 601**<br>**Chicago, IL**<br>ZIPCODE **60601** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | **200 North Michigan Avenue**<br>**Suite 601**<br>**Chicago, Il**<br>ZIPCODE **60601** |

**Type of Debtor** (Form of Organization)
(Check **one** box.)

- ☐ Individual (includes Joint Debtors)
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)
State type of entity: _____

**Nature of Business**
(Check all applicable boxes)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3).

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 9
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Consumer/Non-Business    ☒ Business

**Filing Fee** (Check one box)

- ☒ Full Filing Fee Attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☒ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Campbell Tiu Campbell, Inc.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed:    **NONE** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>   **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X   **Not Applicable**<br>Signature of Attorney for Debtor(s)      Date |
|---|---|

| **Exhibit C**<br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐   Yes, and Exhibit C is attached and made a part of this petition.<br>☒   No | **Certification Concerning Debt Counseling<br>by Individual/Joint Debtor(s)**<br><br>☐   I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐   I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances (Must attach certification describing.) |
|---|---|

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

         _____
         (Name of landlord that obtained judgment)

         _____
         (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of this petition.

**(Official Form 1) (10/05)** **FORM B1,** Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Campbell Tiu Campbell, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition]- I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of a Foreign Representative of a Recognized Foreign Proceeding

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition. A certified copy of the order granting recognition is attached.

X
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney

X **/s/Karen J. Porter**
Signature of Attorney for Debtor(s)

**Karen J. Porter, 6188626**
Printed Name of Attorney for Debtor(s) / Bar No.

**Law Offices of Karen J. Porter, Ltd.**
Firm Name

**11 East Adams Street, Suite 906 Chicago IL, 60603**
Address

**(312) 673-0333**                    **(312) 673-0334**
Telephone Number

**8/15/2006**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/Karen J. Porter/ Leslie Campbell**
Signature of Authorized Individual

**Leslie Campbell**
Printed Name of Authorized Individual

Title of Authorized Individual

**8/15/2006**
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: I) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) 1 prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C.§110 setting a maximum fee for services chargeable by bankruptcy petition prepares, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Address

X **Not Applicable**
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer 's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 4
10/05

# United States Bankruptcy Court
## Northern District of Illinois

In re **Campbell Tiu Campbell, Inc.**, Case No. _____

Debtor

Chapter **11**

# List Of Creditors Holding 20 Largest Unsecured Claims

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| R.L. Millies & Associates<br>9711 Valparaiso Drive<br>Suite 4<br>Munster, IN 46321 | R.L. Millies & Associates<br>9711 Valparaiso Drive<br>Suite 4<br>Munster, IN 46321 | | | $68,021.00 |
| WMA Consulting, Inc.<br>815 S. Wabash Avenue<br>Chicago, Il 60605 | WMA Consulting, Inc.<br>815 S. Wabash Avenue<br>Chicago, Il 60605 | | | $57,698.15 |
| First Insurance Funding<br>450 Skokie Boulevard<br>Suite 1000<br>Northbrook Il 60065-3306 | First Insurance Funding<br>450 Skokie Boulevard<br>Suite 1000<br>Northbrook Il 60065-3306 | | | $47,686.26 |
| Chase Cardmember Service<br>P.O. Box 15548<br>Wilmington DE 19886-5548 | Chase Cardmember Service<br>P.O. Box 15548<br>Wilmington DE 19886-5548 | | | $31,199.25 |
| MBNA America<br>P.O. Box 15288<br>Wilmington DE 19886 | MBNA America<br>P.O. Box 15288<br>Wilmington DE 19886 | | | $26,154.18 |

Official Form 4 -Cont.
10/05

In re **Campbell Tiu Campbell, Inc.**, Case No. _____

Debtor

Chapter **11**

# List Of Creditors Holding 20 Largest Unsecured Claims

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Fitzgerald Associates Architects** 912 West Lake Street Chicago IL 60610 | **Fitzgerald Associates Architects** 912 West Lake Street Chicago IL 60610 | | | $25,621.40 |
| **Schiff Hardin & Waite** 7200 Sears Tower Chicago, IL 60606-6473 | **Schiff Hardin & Waite** 7200 Sears Tower Chicago, IL 60606-6473 | | | $23,032.60 |
| **Concept Developers Inc** 1326 South Michigan Chicago, Il 60605 | **Concept Developers Inc** 1326 South Michigan Chicago, Il 60605 | | | $22,581.91 |
| **1326 Limited Partnership** 3135 Madison Bellwood IL 60104 | **1326 Limited Partnership** 3135 Madison Bellwood IL 60104 | | | $22,581.91 |
| **Best Imaging Solutions** 20 East Randolph Mezzanine Level Chicago Il 60601 | **Best Imaging Solutions** 20 East Randolph Mezzanine Level Chicago Il 60601 | | | $19,106.20 |
| **Matrix Engineering Corporation** 33 West Jackson Chicago, IL 60604-3901 | **Matrix Engineering Corporation** 33 West Jackson Chicago, IL 60604-3901 | | | $12,838.75 |

Official Form 4 -Cont.
10/05

In re **Campbell Tiu Campbell, Inc.**, Case No. _____
Debtor
Chapter **11**

# List Of Creditors Holding 20 Largest Unsecured Claims

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **McBride Engineering**<br>**3649 West Jackson Blvd**<br>**Suite 124**<br>**Hazel Crest IL 60429-2409** | **McBride Engineering**<br>**3649 West Jackson Blvd**<br>**Suite 124**<br>**Hazel Crest IL 60429-2409** | | | **$12,791.24** |
| **Sako & Associates, Inc.**<br>**600 West Fulton Street**<br>**Suite 500**<br>**Chicago, Il 60661** | **Sako & Associates, Inc.**<br>**600 West Fulton Street**<br>**Suite 500**<br>**Chicago, Il 60661** | | | **$11,559.28** |
| **Wiss Janney Elstner Associates, Inc.**<br>**330 Pfingsten Road**<br>**Northbrook IL 60062-2095** | **Wiss Janney Elstner Associates, Inc.**<br>**330 Pfingsten Road**<br>**Northbrook IL 60062-2095** | | | **$10,000.00** |
| **EME, LLC**<br>**200 West Jackson Boulevard**<br>**Chicago IL 60606** | **EME, LLC**<br>**200 West Jackson Boulevard**<br>**Chicago IL 60606** | | | **$9,450.00** |
| **Illinois Department Employment Security**<br>**33 South State Street 9th Floor**<br>**Chicago Il 60606** | **Illinois Department Employment Security**<br>**33 South State Street 9th Floor**<br>**Chicago Il 60606** | | | **$9,419.37** |
| **Cosentini Associates, Inc.**<br>**One East Wacker Drive**<br>**Suite 200**<br>**Chicago, IL 60601** | **Cosentini Associates, Inc.**<br>**One East Wacker Drive**<br>**Suite 200**<br>**Chicago, IL 60601** | | | **$9,063.96** |

Official Form 4 -Cont.
10/05

In re **Campbell Tiu Campbell, Inc.**, Case No. _____
                    Debtor                                    Chapter **11**

# List Of Creditors Holding 20 Largest Unsecured Claims

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **BlueCross BlueShield of Illinois** <br> **30 East Randolph** <br> **Chicago, IL  60601-5099** | **BlueCross BlueShield of Illinois** <br> **30 East Randolph** <br> **Chicago, IL  60601-5099** | | | **$9,000.00** |
| **Galloway, Ltd.** <br> **P.O. Box 16430** <br> **Chicago, Il  60605** | **Galloway, Ltd.** <br> **P.O. Box 16430** <br> **Chicago, Il  60605** | | | **$3,194.00** |
| **Bauer Latoza Studio** <br> **2241 South Wabash** <br> **Chicago, Il  60616** | **Bauer Latoza Studio** <br> **2241 South Wabash** <br> **Chicago, Il  60616** | | | **$2,294.00** |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Leslie Campbell, of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **8/15/2006**                    Signature: **s/Karen J. Porter/ Leslie Campbell**

**Leslie Campbell ,**
(Print Name and Title)

**Karen J. Porter  6188626**
**Law Offices of Karen J. Porter, Ltd.**
**11 East Adams Street,  Suite  906**
**Chicago IL, 60603**

**(312) 673-0333**
**Attorney for the Petitioner(s)**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

In Re:
Debtor: **Campbell Tiu Campbell, Inc.**
Social Security Number:  **35-1129399**

Case No:

Chapter  **11**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1 . **1326  Limited Partnership**<br>**3135 Madison**<br>**Bellwood  IL   60104** | **Unsecured Claims** | $  22,581.91 |
| 2 . **A & E Rubber Stamp**<br>**215 N. DesPlaines**<br>**2nd Floor**<br>**Chicago, IL 60661** | **Unsecured Claims** | $       83.90 |
| 3 . **ADTSecurity Services**<br>**361 Frontage Road**<br>**Burr Ridge   Il 60521** | **Unsecured Claims** | $  2,109.70 |
| 4 . **Agent Services**<br>**8055 South Talman**<br>**Chicago, Il 60652** | **Unsecured Claims** | $  2,325.00 |
| 5 . **American  Institute of Architects**<br>**P.O. Box 80364**<br>**Baltimore  MD 21280-0364** | **Unsecured Claims** | $     603.00 |

In re:	**Campbell Tiu Campbell, Inc.**	Case No. _____

| | | | |
|---|---|---|---|
| 6. | **American Express**<br>**P. O. Box 360002**<br>**Fort Lauderdale, FL 33329** | **Unsecured Claims** | $ 767.90 |
| 7. | **AXA Equitable**<br>**National Operations Center**<br>**PO Box 1047**<br>**Charlotte NC 28201** | **Unsecured Claims** | $ 2,676.00 |
| 8. | **Bauer Latoza Studio**<br>**2241 South Wabash**<br>**Chicago, Il 60616** | **Unsecured Claims** | $ 2,294.00 |
| 9. | **Bebon Office Machines**<br>**234 S. Wabash**<br>**Chicago, IL 60604** | **Unsecured Claims** | $ 108.76 |
| 10. | **Best Imaging Solutions**<br>**20 East Randolph**<br>**Mezzanine Level**<br>**Chicago Il 60601** | **Unsecured Claims** | $ 19,106.20 |
| 11. | **BlueCross BlueShield of Illinois**<br>**30 East Randolph**<br>**Chicago, IL 60601-5099** | **Unsecured Claims** | $ 9,000.00 |
| 12. | **BP Oil**<br>**Processing Center**<br>**Des Moines, IA 50360-6600** | **Unsecured Claims** | $ 2,695.20 |
| 13. | **Business Review**<br>**780 Lynnhaven Parkway**<br>**Suite 250**<br>**Virginia Beach VA 23452-7315** | **Unsecured Claims** | $ 516.55 |
| 14. | **C & C Communications**<br>**9910 West 190th Street**<br>**Unit J**<br>**Mokena Il 60448** | **Unsecured Claims** | $ 5,500.00 |

Numbered Listing of Creditors - Page 2

In re: **Campbell Tiu Campbell, Inc.**  Case No. _____

| | | | |
|---|---|---|---|
| 15. | **CDS Office Systems, Inc**<br>P.O. Box 740441<br>Atlanta GA 30374 | Unsecured Claims | $ 3,391.22 |
| 16. | **Chase Cardmember Service**<br>P.O. Box 15548<br>Wilmington DE 19886-5548 | Unsecured Claims | $ 31,199.25 |
| 17. | **Citibank, FSB**<br>c/o Hauselman Rappin & Olswang<br>39 South LaSalle Street, Suite 1105<br>Chicago, IL 60603 | Secured Claims | $ 175,000.00 |
| 18. | **Citimortgage**<br>P.O. Box 025260<br>Miami FL 33102-5260 | Unsecured Claims | $ 25,374.57 |
| 19. | **Comet Messenger**<br>1316 South Michigan Avenue<br>Chicago, IL 60605 | Unsecured Claims | $ 1,000.00 |
| 20. | **Commonwealth Edison**<br>160 North Lasalle Street<br>Chicago, IL 60601-3104 | Unsecured Claims | $ 1,600.48 |
| 21. | **Concept Developers Inc**<br>1326 South Michigan<br>Chicago, Il 60605 | Unsecured Claims | $ 22,581.91 |
| 22. | **Cosentini Associates, Inc.**<br>One East Wacker Drive<br>Suite 200<br>Chicago, IL 60601 | Unsecured Claims | $ 9,063.96 |
| 23. | **Creative Systems & Associates**<br>2875 North Elston<br>Chicago, IL 60618 | Unsecured Claims | $ 4,500.00 |

Numbered Listing of Creditors - Page 3

In re: **Campbell Tiu Campbell, Inc.**　　　　　　　　　　　　　　　　　　Case No. _____

| | | | |
|---|---|---|---|
| 24. | **EME, LLC**<br>**200 West Jackson Boulevard**<br>**Chicago  IL 60606** | Unsecured Claims | $ 9,450.00 |
| 25. | **Federal Express**<br>**P.O. Box 727**<br>**Dept A**<br>**Memphis TN 38194** | Unsecured Claims | $ 35.36 |
| 26. | **First Insurance Funding**<br>**450 Skokie Boulevard**<br>**Suite 1000**<br>**Northbrook  Il  60065-3306** | Unsecured Claims | $ 47,686.26 |
| 27. | **Fitzgerald Associates Architects**<br>**912 West Lake Street**<br>**Chicago  IL 60610** | Unsecured Claims | $ 25,621.40 |
| 28. | **Folgers Architects Limited**<br>**819 South Wabash**<br>**Suite 700**<br>**Chicago, Il 60605** | Unsecured Claims | $ 2,000.00 |
| 29. | **Ford Credit**<br>**2200 East 170th Street**<br>**Lansing  Il  60438** | Unsecured Claims | $ 14,290.00 |
| 30. | **Galloway, Ltd.**<br>**P.O. Box 16430**<br>**Chicago, Il  60605** | Unsecured Claims | $ 3,194.00 |
| 31. | **GFGR, Inc.**<br>**150 N, Wacker Drive**<br>**Suite 1020**<br>**Chicago, IL 60661-5745** | Unsecured Claims | $ 5,714.00 |
| 32. | **Guardian**<br>**P.O. Box 95101**<br>**Chicago, IL  60694** | Unsecured Claims | $ 338.61 |

Numbered Listing of Creditors - Page 4

In re: **Campbell Tiu Campbell, Inc.** Case No. _____

| | | | |
|---|---|---|---|
| 33. | **Illinois Department Employment Security**<br>33 South State Street 9th Floor<br>Chicago Il 60606 | Unsecured Claims | $ 9,419.37 |
| 34. | **Illinois Department of Revenue**<br>100 West Randolph Street<br>13th Floor<br>Chicago, IL 60601 | Unsecured Claims | $ 1,126.28 |
| 35. | **Indiana Department of Revenue**<br>P.O. Box 1028<br>Indianapolis IN   42406 | Unsecured Claims | $ 4,316.41 |
| 36. | **Internal Revenue Service**<br>230 South Dearborn<br>Rm 2780<br>Chicago, IL 60604 | Unsecured Claims | $ 158,094.61 |
| 37. | **June C. Campbell**<br>2713 South Michigan<br>Chicago, IL 60616 | Unsecured Claims | $ 39,000.00 |
| 38. | **Knowles Publishing**<br>**Need Address** | Unsecured Claims | $ 252.38 |
| 39. | **Kroll Schiff & Associates, Inc.**<br>105 West Madison Street<br>Suite 1700<br>Chicago, IL  60602-4605 | Unsecured Claims | $ 8,335.46 |
| 40. | **Masterbrew Beverages**<br>P.O. Box 1508<br>Northbrook   IL 60065 | Unsecured Claims | $ 59.58 |
| 41. | **Matrix Business Technologies**<br>P. O. Box 742501<br>Cincinatti  OH  45274-2501 | Unsecured Claims | $ 216.48 |

Numbered Listing of Creditors - Page 5

In re: **Campbell Tiu Campbell, Inc.**  Case No. _____

| | | | |
|---|---|---|---|
| 42. | **Matrix Engineering Corporation**<br>**33 West Jackson**<br>**Chicago, IL 60604-3901** | Unsecured Claims | $ 12,838.75 |
| 43. | **MBNA America**<br>**P.O. Box 15288**<br>**Wilmington DE  19886** | Unsecured Claims | $ 26,154.18 |
| 44. | **McBride Engineering**<br>**3649 West Jackson Blvd**<br>**Suite 124**<br>**Hazel Crest IL 60429-2409** | Unsecured Claims | $ 12,791.24 |
| 45. | **Michael Best & Friedrich**<br>**401 North Michigan Avenue**<br>**Chicago, IL 60611** | Unsecured Claims | $ 840.00 |
| 46. | **Mossner**<br>**200 North Michigan**<br>**2nd Floor**<br>**Chicago  IL 60601** | Unsecured Claims | $ 256.85 |
| 47. | **Municipal Publishing**<br>**1507 East 53rd Street**<br>**Chicago, IL 60615** | Unsecured Claims | $ 495.00 |
| 48. | **NCARB**<br>**1735 New York Avenue**<br>**Suite 700**<br>**Washington DC 2006** | Unsecured Claims | $ 150.00 |
| 49. | **NIPSCO**<br>**P.O. Box 13007**<br>**Merriville IN 46411-3007** | Unsecured Claims | $ 68.93 |
| 50. | **Office Max**<br>**Need Address** | Unsecured Claims | $ 1,260.18 |

In re: **Campbell Tiu Campbell, Inc.**                                                                                   Case No. _____

| | | | |
|---|---|---|---|
| 51. | **Paychex**<br>**4300 Weaver Parkway**<br>**Suite 100**<br>**Warrenville IL 60555** | **Unsecured Claims** | $ 112.60 |
| 52. | **People's Gas**<br>**130 E. Randolph, 14th Floor**<br>**Attn: Bankruptcy**<br>**Chicago, IL 60601** | **Unsecured Claims** | $ 2,856.40 |
| 53. | **Pitney Bowes Credit Corp**<br>**P.O. Bopx 85460**<br>**Louisville KY 40285-5460** | **Unsecured Claims** | $ 1,090.03 |
| 54. | **Progressive Business Publication**<br>**Need Address** | **Unsecured Claims** | $ 94.56 |
| 55. | **Querry & Harrow**<br>**175 West Jackson Blvd**<br>**Suite 1600**<br>**Chicago Il 60604** | **Unsecured Claims** | $ 4,935.00 |
| 56. | **Qwest**<br>**P.O. Box 856169**<br>**Louisville KY 40285-6169** | **Unsecured Claims** | $ 161.64 |
| 57. | **R.L. Millies & Associates**<br>**9711 Valparaiso Drive**<br>**Suite 4**<br>**Munster, IN 46321** | **Unsecured Claims** | $ 68,021.00 |
| 58. | **Sako & Associates, Inc.**<br>**600 West Fulton Street**<br>**Suite 500**<br>**Chicago, Il 60661** | **Unsecured Claims** | $ 11,559.28 |
| 59. | **SBC**<br>**Bill Payment Center**<br>**Chicago, IL 60663-0001** | **Unsecured Claims** | $ 1,319.18 |

In re:  **Campbell Tiu Campbell, Inc.**                                                                        Case No. _____

| | | | |
|---|---|---|---|
| 60. | **Schiff Hardin & Waite**<br>**7200 Sears Tower**<br>**Chicago, IL  60606-6473** | Unsecured Claims | $ 23,032.60 |
| 61. | **Seminary Consortium**<br>**200 North Michigan**<br>**5th Floor**<br>**Chicago, Il 60601** | Unsecured Claims | $ 5,500.00 |
| 62. | **Sieben Energy Associates**<br>**333 North Michigan, Suite 2107**<br>**Chicago, IL  60601** | Unsecured Claims | $ 3,863.00 |
| 63. | **Sprint PCS**<br>**P.O. Box 2200**<br>**Bedford, IL  60499-2200** | Unsecured Claims | $   231.08 |
| 64. | **St Timothy Church**<br>**2210 Hayes Street**<br>**Gary IL  46404** | Unsecured Claims | $ 7,500.00 |
| 65. | **The Cliff Dwellers**<br>**200 South Michigan**<br>**Chicago, IL 60604** | Unsecured Claims | $   720.00 |
| 66. | **Tylk Gustafson**<br>**407 South Dearborn Street**<br>**Suite 900**<br>**Chicago, Il 60604** | Unsecured Claims | $ 1,805.00 |
| 67. | **Voss/Lauristen/Tilrock, Inc.,**<br>**1345 Wiley Road**<br>**Suite 108**<br>**Schaumburg,  IL  60173** | Unsecured Claims | $ 2,300.00 |
| 68. | **Wiss Janney Elstner Associates, Inc.**<br>**330 Pfingsten Road**<br>**Northbrook IL 60062-2095** | Unsecured Claims | $ 10,000.00 |

In re:    **Campbell Tiu Campbell, Inc.**                                                                           Case No. _____

| | | | |
|---|---|---|---|
| 69. | **WMA Consulting, Inc.**<br>**815 S. Wabash Avenue**<br>**Chicago, Il 60605** | **Unsecured Claims** | $ 57,698.15 |
| 70. | **Wolff Landscape Architecture**<br>**417 South Dearborn**<br>**Chicago, Il 60605** | **Unsecured Claims** | $ 7,300.00 |
| 71. | **XO Communications**<br>**9201 N. Central Expressway**<br>**Dallas TX  75231** | **Unsecured Claims** | $ 1,842.60 |

In re:   **Campbell Tiu Campbell, Inc.**                                                                    Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

 I, **Campbell Tiu Campbell, Inc.** , named as debtor in this case, declare under penalty of perjury that I have have read the foregoing Numbered Listing of Creditors, consisting of **9 sheets** (not including this declaration), and that it is true to the best of my information and belief.

Signature:   **s/Karen J. Porter/ Leslie Campbell**
             **Campbell Tiu Campbell, Inc.**
Dated:   **8/15/2006**

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**

In re: **Campbell Tiu Campbell, Inc.**　　　　　　　　　　Case No. _____

　　Debtor　　　　　　　　　　　　　　　　　　　　　　Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept | $ 16,368.25 |
   | Prior to the filing of this statement I have received | $ 6,368.25 |
   | Balance Due | $ 10,000.00 |

2. The source of compensation paid to me was:

   ☒ Debtor　　　　☒ Other (specify)　　**$5000.00 was paid by June Campbell**
   　　　　　　　　　　　　　　　　　　　　**$1368.25 was paid by the Debtor**

3. The source of compensation to be paid to me is:

   ☒ Debtor　　　　☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e) [Other provisions as needed]

   **The final compensation will be the amount awarded by the court after the presentation of fee applications. The final compensation may exceed the amount of $16,368.25**
   **The filing fee of $1039.00 has been paid**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **None**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **8/15/2006**

　　　　　　　　　　　　　　　　　　　　**/s/Karen J. Porter**
　　　　　　　　　　　　　　　　　　　　**Karen J. Porter, Bar No. 6188626**

　　　　　　　　　　　　　　　　　　　　**Law Offices of Karen J. Porter, Ltd.**
　　　　　　　　　　　　　　　　　　　　Attorney for Debtor(s)