# EXHIBIT C

| Date | | Time Spent (hours) | at $50/hr |
|---|---|---|---|
| 1/8/2007 | | 6 | $300.00 |
| 1/9/2007 | | 6 | $300.00 |
| 1/17/2007 | | 6 | $300.00 |
| 1/18/2007 | | 9 | $450.00 |
| 1/19/2007 | | 5 | $250.00 |
| Total | | 32 | $1,600.00 |

| **Expenses** | Boxes | $150.00 |
|---|---|---|
| | Tape | $6.00 |
| | Parking | $130.00 |
| | Sales assistants - Day | $200.00 |
| | Ebay/Ad costs | $200.00 |
| | | $686.00 |

**Total expenses**   $2,286.00