UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| CAMPBELL TIU CAMPBELL, INC. | § § | Case No. 06-09872 |
| Debtor(s) | § § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 03/29/2012 in Courtroom 619,
United States Courthouse
219 S. Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/28/2012          By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (5/1/2011) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CAMPBELL TIU CAMPBELL, INC. | § | Case No. 06-09872 |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 193,794.30 |
| and approved disbursements of | $ | 176,499.16 |
| leaving a balance on hand of[1] | $ | 17,295.14 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | Citibank, F.S.B | $ 180,758.40 | $ 180,758.40 | $ 77,694.37 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 17,295.14 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 12,918.05 | $ 0.00 | $ 12,918.05 |
| Attorney for Trustee Fees: FRANK/GECKER LLP | $ 54,428.00 | $ 54,428.00 | $ 0.00 |
| Attorney for Trustee Expenses: FRANK/GECKER LLP | $ 553.45 | $ 553.45 | $ 0.00 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ 7,216.20 | $ 7,216.20 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ 70.13 | $ 70.13 | $ 0.00 |
| Auctioneer Fees: ESSEX ANTIQUES | $ 3,263.00 | $ 3,263.00 | $ 0.00 |
| Auctioneer Expenses: ESSEX ANTIQUES | $ 2,000.00 | $ 2,000.00 | $ 0.00 |
| Fees: Office of the U.S. Trustee <B>(ADMINISTR | $ 500.00 | $ 0.00 | $ 500.00 |
| Other: INTERNATIONAL SURETIES | $ 40.18 | $ 40.18 | $ 0.00 |
| Other: INTERNATIONAL SURETIES | $ 30.48 | $ 30.48 | $ 0.00 |
| Other: INTERNATIONAL SURETIES | $ 15.01 | $ 15.01 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 19.73 | $ 19.73 | $ 0.00 |
| Other: FRANK/GECKER LLP | $ 1,416.50 | $ 0.00 | $ 1,416.50 |
| Other: FRANK/GECKER LLP | $ 91.30 | $ 0.00 | $ 91.30 |
| Other: ALAN D. LASKO & ASSOCIATES, P.C. | $ 2,344.94 | $ 0.00 | $ 2,344.94 |
| Other: ALAN D. LASKO & ASSOCIATES, P.C. | $ 24.35 | $ 0.00 | $ 24.35 |

Total to be paid for chapter 7 administrative expenses       $       17,295.14

Remaining Balance                                            $            0.00


Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Internal Revenue Service | $ 31,460.63 | $ 0.00 | $ 0.00 |

Total to be paid for prior chapter administrative expenses   $            0.00

Remaining Balance                                            $            0.00


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 217,029.03 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011A | INDIANA DEPARTMENT OF REVENUE | $ 4,581.13 | $ 0.00 | $ 0.00 |
| 000012C | IDES | $ 22,213.11 | $ 0.00 | $ 0.00 |
| 000017B | Illinois Department Of Revenue | $ 10,259.87 | $ 0.00 | $ 0.00 |
| 000018B | Department of the Treasury | $ 179,974.92 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors        $        0.00

Remaining Balance        $        0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 546,881.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Cosentini Associates - Credit MGR | $ 9,063.96 | $ 0.00 | $ 0.00 |
| 000002 | Peoples Gas Light & Coke Co. | $ 2,898.57 | $ 0.00 | $ 0.00 |
| 000004 | Wolff Landscape Architecture | $ 4,817.40 | $ 0.00 | $ 0.00 |
| 000005 | Best Imaging Solutions | $ 18,594.08 | $ 0.00 | $ 0.00 |
| 000006 | McBride Engineering | $ 5,938.91 | $ 0.00 | $ 0.00 |
| 000007 | XO Communications | $ 724.86 | $ 0.00 | $ 0.00 |
| 000008 | Folgers Architects Limited | $ 13,840.42 | $ 0.00 | $ 0.00 |
| 000009 | Sako & Associates, Inc. | $ 16,550.91 | $ 0.00 | $ 0.00 |
| 000010 | 1326 Limited Partnership | $ 23,502.82 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011C | INDIANA DEPARTMENT OF REVENUE | $ 73.01 | $ 0.00 | $ 0.00 |
| 000012B | Ilinois Department of | $ 14,326.06 | $ 0.00 | $ 0.00 |
| 000013 | Wiss Janney Elstner Associates, Inc. | $ 18,773.20 | $ 0.00 | $ 0.00 |
| 000014 | Terra Engineering | $ 1,254.80 | $ 0.00 | $ 0.00 |
| 000015 | Carliie Bemmsterboer | $ 50,000.00 | $ 0.00 | $ 0.00 |
| 000016 | Shannon Jones | $ 50,000.00 | $ 0.00 | $ 0.00 |
| 000017A | Illinois Department Of Revenue | $ 1,033.56 | $ 0.00 | $ 0.00 |
| 000018A | Department of the Treasury | $ 23,186.02 | $ 0.00 | $ 0.00 |
| 000019 | Concept Developers Inc | $ 80,000.00 | $ 0.00 | $ 0.00 |
| 000020 | Pitney Bowes Inc | $ 1,203.11 | $ 0.00 | $ 0.00 |
| 000021 | R.L. Millies & Associates | $ 68.21 | $ 0.00 | $ 0.00 |
| 000023 | Matrix Engineering Corporation | $ 11,230.75 | $ 0.00 | $ 0.00 |
| 000024 | Querrey & Harrow, Ltd. | $ 4,935.00 | $ 0.00 | $ 0.00 |
| 000025 | Joseph J. Duffy Co. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000026 | Galloway LTD | $ 4,194.00 | $ 0.00 | $ 0.00 |
| 000027 | Mid States Concrete Products Co | $ 50,000.00 | $ 0.00 | $ 0.00 |
| 000029 | GE Capital | $ 33,437.41 | $ 0.00 | $ 0.00 |
| 000031 | Concept Developers Inc | $ 80,000.00 | $ 0.00 | $ 0.00 |
| 000032 | Kroll Schiff & Associates, Inc. | $ 8,335.46 | $ 0.00 | $ 0.00 |
| 000033 | Sako & Associates, Inc. | $ 16,550.91 | $ 0.00 | $ 0.00 |
| 000034 | Qwest Corporation | $ 404.76 | $ 0.00 | $ 0.00 |
| 000035 | Comet Messenger | $ 1,943.40 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $ 0.00

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 06-09872-JPC
Campbell Tiu Campbell, Inc.                                         Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: mmyers              Page 1 of 4                   Date Rcvd: Feb 29, 2012
                               Form ID: pdf006          Total Noticed: 87

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2012.
```
db          +Campbell Tiu Campbell, Inc.,    200 North Michigan Avenue,   Suite 601,    Chicago, IL 60601-5908
10864834   +++1326 Limited Partnership,   C/O Tom Wold General Partner,    3135 Madison,
             Bellwood IL 60104-2257
10864835    +A & E Rubber Stamp,    215 N. DesPlaines,   2nd Floor,    Chicago, IL 60661-1243
10864836    +ADTSecurity Services,    361 Frontage Road,   Burr Ridge   Il 60527-5830
10864840    +AXA Equitable,    National Operations Center,    PO Box 1047,   Charlotte NC 28201-1047
10864837    +Agent Services,    8055 South Talman,   Chicago, Il 60652-2847
10864838     American Institute of Architects,    P.O. Box 80364,    Baltimore MD 21280-0364
10864839     American Express,   P. O. Box 360002,   Fort Lauderdale, FL 33329
10864845     BP Oil,   Processing Center,   Des Moines, IA 50360-6600
10864841    +Bauer Latoza Studio,    2241 South Wabash,   Chicago, Il 60616-2109
10864842    +Bebon Office Machines,    234 S. Wabash,   Chicago, IL 60604-2307
10864843    +Best Imaging Solutions,    20 East Randolph,    Mezzanine Level,   Chicago Il 60601-3647
10864844    +BlueCross BlueShield of Illinois,    30 East Randolph,    Chicago, IL 60601-3619
10864846    +Business Review,    780 Lynnhaven Parkway,   Suite 250,    Virginia Beach VA 23452-7332
10864847    +C & C Communications,    9910 West 190th Street,    Unit J,   Mokena Il 60448-5607
10864848    +CDS Office Systems, Inc,    P.O. Box 740441,    Atlanta GA 30374-0441
10924051    +Carliie Bemmsterboer,    c/o Amy E. Collins/Rieck and Crotty,    55 W. Monroe St, Suite 3390,
             Chicago,IL 60603-5024
10864849     Chase Cardmember Service,    P.O. Box 15548,    Wilmington DE 19886-5548
10864850    +Citibank, FSB,    c/o Hauselman Rappin & Olswang,    39 South LaSalle Street, Suite 1105,
             Chicago, IL 60603-1720
10864851    +Citimortgage,   P.O. Box 025260,    Miami FL 33102
10924052    +Citizens Insurance Co,    C/O Griffin Law Office,   20 North Clark Suite 2725,
             Chicago,IL 60602-5102
10864853    +Commonwealth Edison,    160 North Lasalle Street,    Chicago, IL 60601-3130
10864854    +Concept Developers Inc,    2334 W. Lawrence Ave, Ste 100,    Chicago, Il 60625-1998
10864857    +Constantine Harvalis,    224 South Michigan Avenue,    Suite 800,   Chicago, Il 60604-2503
10899946     Cosentini Associates - Credit MGR,    2 Pennsylvania Plaza 3rd Fl,    New York, NY 10121
10864856    +Creative Systems & Associates,    2875 North Elston,    Chicago, IL 60618-7905
10864858    +EME, LLC,   200 West Jackson Boulevard,    Chicago IL 60606-6910
10864859    +Federal Express,   P.O. Box 727,    Dept A,   Memphis TN 38194-0001
10864860    +First Insurance Funding,    450 Skokie Boulevard,    Suite 1000,   Northbrook Il 60062-7917
10864861    +Fitzgerald Associates Architects,    912 West Lake Street,    Chicago IL 60607-1707
10864862    +Folgers Architects Limited,    819 South Wabash,    Suite 700,   Chicago, Il 60605-2155
10864863    +Ford Credit,    2200 East 170th Street,   Lansing Il 60438-1002
11244493    +GE Capital,   1010 Thomas Edison Blvd SW,    Cedar Rapids, IA 52404-8247
10864865    +GFGR, Inc.,   150 N, Wacker Drive,    Suite 1020,   Chicago, IL 60606-1602
11057225    +Galloway LTD,    Law Office of S S Oden P C,    1525 E 53rd Suite 423,   Chicago,IL 60615-4530
10864864    +Galloway, Ltd.,    P.O. Box 16430,   Chicago, Il 60616-0430
10864866    +Guardian,   P.O. Box 95101,   Chicago, IL 60694-5101
11005078   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
            (address filed with court: Illinois Department Of Revenue,     100 West Randolph Ste 7-400,
             Bankruptcy Unit,    Chicago, Illinois 60601)
10864867    +Illinois Department Employment Security,    33 South State Street 9th Floor,
             Chicago Il 60603-2806
10959076    +Illinois Department of Employment Security,    Attorney General Section - 9th Fl,
             33 S. State St.,   Chicago, IL 60603-2808
10864868     Illinois Department of Revenue Bankruptcy Section,     P.O. Box 64338,   Chicago, IL 60664-0338
11055273    +Joseph J. Duffy Co.,    c/o Brian M. Graham,    SmithAmundsen LLC,
             150 N. Michigan Ave., Ste. 3300,    Chicago, Illinois 60601-6004
10864871    +June C. Campbell,    2713 South Michigan,   Chicago, IL 60616-2818
10864873     Kroll Schiff & Associates, Inc.,    105 West Madison Street,    Suite 1700,
             Chicago, IL 60602-4605
10864877    +MBNA America,   P.O. Box 15288,    Wilmington DE 19886-5288
10864874    +Masterbrew Beverages,    P.O. Box 1508,   Northbrook IL 60065-1508
10864875     Matrix Business Technologies,    P. O. Box 742501,    Cincinatti OH 45274-2501
11053602    +Matrix Engineering Corporation,    Suanne P Hirschhaut/John M.Schmidt,    Fisher Kanaris,P.C.,
             200 S Wacker Drive,    Chicago,IL 60606-5829
10864876    +Matrix Engineering Corporation,    33 West Jackson,    Chicago, IL 60604-4092
10864878     McBride Engineering,    3649 West Jackson Blvd,    Suite 124,   Hazel Crest IL 60429-2409
10864879    +Michael Best & Friedrich,    401 North Michigan Avenue,    Chicago, IL 60611-4255
10864880    +Mossner,   200 North Michigan,    2nd Floor,   Chicago IL 60601-5909
10864881    +Municipal Publishing,    1507 East 53rd Street,    Chicago, IL 60615-4573
10864882    +NCARB,   1735 New York Avenue,    Suite 700,   Washington DC 20006-5220
10864883     NIPSCO,   P.O. Box 13007,    Merriville IN 46411-3007
10864885    +Paychex,   4300 Weaver Parkway,    Suite 100,   Warrenville IL 60555-3920
10864886    +People's Gas,    130 E. Randolph, 14th Floor,    Attn: Bankruptcy,   Chicago, IL 60601-6207
10901912    +Peoples Gas Light & Coke Co.,    130 E Randolph Dr,    Chicago IL 60601-6203
11054222    +Querrey & Harrow, Ltd.,    175 W. Jackson Boulevard, Suite 1600,    Chicago, IL 60604-2686
10864889    +Querry & Harrow,    175 West Jackson Blvd,   Suite 1600,    Chicago Il 60604-2686
10864893   +++R.L. Millies & Associates,    9711 Valparaiso Drive,    Suite A,   Munster, IN 46321-2910
10864891     SBC,   Bill Payment Center,    Chicago, IL 60663-0001
10864892    +Sako & Associates, Inc.,    600 West Fulton Street,    Suite 500,   Chicago, Il 60661-1242
```

```
District/off: 0752-1          User: mmyers              Page 2 of 4              Date Rcvd: Feb 29, 2012
                              Form ID: pdf006           Total Noticed: 87


10864894        Schiff Hardin & Waite,    7200 Sears Tower,    Chicago, IL 60606-6473
10864895       +Seminary Consortium,    200 North Michigan,    5th Floor,    Chicago, Il 60601-5908
10924053       +Shannon Jones,    c/o Amy E Collins/Rieck and Crotty,    55 W. Monroe St, Suite 3390,
                 Chicago,IL 60603-5024
10864896       +Sieben Energy Associates,    333 North Michigan, Suite 2107,    Chicago, IL 60601-4030
10864897        Sprint PCS,    P.O. Box 2200,    Bedford, IL 60499-2200
10864898       +St Timothy Church,    2210 Hayes Street,    Gary IL 46404-3432
10980530       +Terra Engineering,    505 North Lasalle Suite 250,    Chicago,IL 60654-7121
10864899       +The Cliff Dwellers,    200 South Michigan,    Chicago, IL 60604-2422
10864901       +Tylk Gustafson,    407 South Dearborn Street,    Suite 900,    Chicago, Il 60605-1116
10864902       +Voss/Lauristen/Tilrock, Inc.,,    1345 Wiley Road,    Suite 108,    Schaumburg, IL 60173-4356
10864904       +WMA Consulting, Inc.,    815 S. Wabash Avenue,    Chicago, Il 60605-2112
10864903        Wiss Janney Elstner Associates, Inc.,    330 Pfingsten Road,    Northbrook IL 60062-2095
10864905       +Wolff Landscape Architecture,    417 South Dearborn,    Chicago, Il 60605-1120
10910467       +Wolff Landscape Architecture,    307 N Michigan Ave Suite 601,    Chicago,IL 60601-5309
10864906       +XO Communications,    9201 N. Central Expressway,    Dallas TX 75231-5916
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10922956       +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Mar 01 2012 05:15:16
                 INDIANA DEPARTMENT OF REVENUE,    BANKRUPTCY SECTION , ROOM N -203,    100 NORTH SENATE AVE,
                 INDIANAPOLIS,IN 46204-2253
10864870        E-mail/Text: cio.bncmail@irs.gov Mar 01 2012 04:13:04
                 Department of the Treasury-Internal Revenue Servic,    Centralized Insolvency Operations,
                 P O Box 21126,    Philadelphia, PA 19114
10924050        E-mail/Text: cio.bncmail@irs.gov Mar 01 2012 04:13:04     Internal Revenue Service,
                 230 South Dearborn Rm 2780,    Chicago,IL 60604
10864869       +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Mar 01 2012 05:15:16
                 Indiana Department of Revenue,    P.O. Box 1028,    Indianapolis IN 46206-1028
10864887        E-mail/Text: bankruptcy@pb.com Mar 01 2012 04:15:50     Pitney Bowes Credit Corp,
                 P.O. Bopx 85460,    Louisville KY 40285-5460
11034013       +E-mail/Text: bankruptcy@pb.com Mar 01 2012 04:15:50     Pitney Bowes Inc,    27 Waterview Dr,
                 Shelton CT 06484-4361
10864890        E-mail/Text: bklaw@qwest.com Mar 01 2012 04:16:06     Qwest,    P.O. Box 856169,
                 Louisville  KY 40285-6169
11860641       +E-mail/Text: bklaw@qwest.com Mar 01 2012 04:16:06     Qwest Corporation,    attn: Jane Frey,
                 1801 California St rm 900,    Denver,CO 80202-2609
10864900       +E-mail/Text: 341NOTICE@TVCH13.NET Mar 01 2012 04:15:42     Thomas Vaughn,    200 South Michigan,,
                 13th Floor,    Chicago  IL 60604-2429
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10907868        Citibank, F.S.B
10864872        Knowles Publishing,    Need Address
11063030        Mid States Concrete Products Co,    Robert H Fredian,    Wiedner & McAuliffe, Ltd,
                 One North Franklin Street Suite 1900
10864884        Office Max,    Need Address
11064995        Office of the U.S. Trustee
10864888        Progressive Business Publication,    Need Address
11053589*      +First Insurance Funding Corp,    450 Skokie Blvd Suite 1000,    Northbrook,IL 60062-7917
11079252*      +PEOPLES GAS LIGHT & COKE COMPANY,    130 E. RANDOLPH DRIVE,    CHICAGO, IL 60601-6203
10864852      ##+Comet Messenger,    1316 South Michigan Avenue,    Chicago, IL 60605-2602
10864855      ##+Cosentini Associates, Inc.,    One East Wacker Drive,    Suite 200,    Chicago, IL 60601-1808
                                                                                              TOTALS: 6, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1           User: mmyers              Page 3 of 4             Date Rcvd: Feb 29, 2012
                               Form ID: pdf006           Total Noticed: 87
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 02, 2012**                    **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: mmyers              Page 4 of 4                  Date Rcvd: Feb 29, 2012
                              Form ID: pdf006           Total Noticed: 87
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2012 at the address(es) listed below:

```
              Amy E. Collins    on behalf of Creditor Carrie Beemsterboer acollins@rieckcrotty.com
              Brian M. Graham    on behalf of Creditor  Joseph J. Duffy Co. bgraham@pedersenhoupt.com
              Christopher H Purcell    on behalf of Creditor  CAB East LLC shermlaw13@aol.com
              Dennis M Sbertoli    on behalf of Creditor  C&C Communications, Inc. dsbert4978@aol.com
              Ellen J Byram    on behalf of Creditor  Edwards Steel Construction Co. Inc. ejb@willmont.com
              Frances  Gecker    fgecker@fgllp.com,
               fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
              George J Vournazos    on behalf of Creditor  Concept Developers, Inc. lawfind@flash.net,
               ecf-notices@sbcglobal.net
              Jason M Torf    on behalf of Attorney  Schiff Hardin LLP jtorf@schiffhardin.com,
               edocket@schiffhardin.com
              Karen J Porter    on behalf of Debtor  Campbell Tiu Campbell, Inc. kjplawnet@aol.com,
               kjplawnet@aol.com
              Kirsten Radler Waack    on behalf of Creditor  Illinois Masonry Corporation kwaack@ce-chicago.com
              Lana L Zaretsky    on behalf of Creditor  Zurich American Insurance Company lzaretsky@cksslaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              William S Trench    on behalf of Creditor  Able Ornamental Iron, Inc. strench@hunt-lawgroup.com
              Zane L Zielinski    on behalf of Accountant Alan Lasko zzielinski@fgllp.com,
               csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                             TOTAL: 14
```