# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                        §
                                              §
CAMPBELL TIU CAMPBELL, INC.                   §      Case No. 06-09872
                                              §
            Debtor(s)                         §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| *(Without deducting any secured claims)* | |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter     on            , and it was converted to chapter 7 on            .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Frances Gecker _____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CITIBANK MONEY MARKET ACCOUNT | 1121-000 | 104.08 |
| ACCOUNTS RECEIVABLE | 1121-000 | 137,875.24 |
| U.S. BANK CHECKING | 1129-000 | 2,275.71 |
| INSURANCE POLICIES | 1129-000 | 3,864.63 |
| OFFICE EQUIPMENT | 1129-000 | 9,331.01 |
| PHONE SYSTEM | 1129-000 | 2,000.00 |
| Illinois Tax Refund | 1224-000 | 50.17 |
| Debtor's Architectural Drawings | 1229-000 | 6,500.00 |
| Travelers Insurance Litigation Settlement | 1249-000 | 21,243.25 |
| Litigation Settlement | 1249-000 | 10,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 550.21 |
| **TOTAL GROSS RECEIPTS** | | $ 193,794.30 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CITIBANK, F.S.B | | | | | |
| 000022 | FIRST INSURANCE FUNDING CORP | | | | | |
| | BANK OF AMERICA | | | | | |
| 000011B | INDIANA DEPARTMENT OF REVENUE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA | | | | | |
| DEPARTMENT OF THE TREASURY | | | | | |
| UNITED STATES TREASURY | | | | | |
| UNITED STATES TREASURY | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| OFFICE OF THE U.S. TRUSTEE | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| ALAN D. LASKO & ASSOCIATES | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ESSEX ANTIQUES | | | | | |
| ESSEX ANTIQUES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| IRS | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012C | IDES | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000017B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000011A | INDIANA DEPARTMENT OF REVENUE | | | | | |
| 000018B | IRS | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A&E Rubber Stamp | | | | | |
| | ADT Security Services | | | | | |
| | AXA Equitable | | | | | |
| | Agent Services | | | | | |
| | American Express | | | | | |
| | American Institute of Architects | | | | | |
| | BP Oil | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bauer Latoza Studio | | | | | |
| | Blue Cross Blue Shield of Illinois | | | | | |
| | Business Review | | | | | |
| | C&C Communications | | | | | |
| | CDS Office Systems, Inc. | | | | | |
| | Chase Cardmember Service | | | | | |
| | Citimortgage | | | | | |
| | Citizens Insurance Co. | | | | | |
| | Commonwealth Edison | | | | | |
| | Creative Systems & Associates | | | | | |
| | EME, LLC | | | | | |
| | Federal Express | | | | | |
| | First Insurance Funding | | | | | |
| | Fitzgerald Associates Architects | | | | | |
| | Ford Credit | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GFGR, Inc. | | | | | |
| | Guardian | | | | | |
| | June C. Campbell | | | | | |
| | Knowles Publishing | | | | | |
| | MBNA America | | | | | |
| | Masterbrew Beverages | | | | | |
| | Matrix Engineering Corporation | | | | | |
| | Michael Best & Friedrich | | | | | |
| | Mossner | | | | | |
| | Municipal Publishing | | | | | |
| | NCARB | | | | | |
| | NIPSCO | | | | | |
| | Office Max | | | | | |
| | Paychex | | | | | |
| | Progressive Business Publication | | | | | |
| | SBC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Schiff Hardin & Waite | | | | | |
| | Seminary Consortium | | | | | |
| | Sieben Energy Associates | | | | | |
| | Sprint PCS | | | | | |
| | St. Timothy Church | | | | | |
| | The Cliff Dwellers | | | | | |
| | Tylk Gustafson | | | | | |
| | Voss/Lauristen/Tilrock, Inc. | | | | | |
| 000010 | 1326 LIMITED PARTNERSHIP | | | | | |
| 000005 | BEST IMAGING SOLUTIONS | | | | | |
| 000015 | CARLIIE BEMMSTERBOER | | | | | |
| 000035 | COMET MESSENGER | | | | | |
| 000019 | CONCEPT DEVELOPERS INC | | | | | |
| 000031 | CONCEPT DEVELOPERS INC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | COSENTINI ASSOCIATES - CREDIT MGR | | | | | |
| 000008 | FOLGERS ARCHITECTS LIMITED | | | | | |
| 000026 | GALLOWAY LTD | | | | | |
| 000029 | GE CAPITAL | | | | | |
| 000012A | IDES | | | | | |
| 000012B | IDES | | | | | |
| 000017A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000011C | INDIANA DEPARTMENT OF REVENUE | | | | | |
| 000018A | IRS | | | | | |
| 000025 | JOSEPH J. DUFFY CO. | | | | | |
| 000032 | KROLL SCHIFF & ASSOCIATES, INC. | | | | | |
| 000023 | MATRIX ENGINEERING CORPORATION | | | | | |
| 000006 | MCBRIDE ENGINEERING | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000027 | MID STATES CONCRETE PRODUCTS CO | | | | | |
| 000002 | PEOPLES GAS LIGHT & COKE CO. | | | | | |
| 000020 | PITNEY BOWES INC | | | | | |
| 000024 | QUERREY & HARROW, LTD. | | | | | |
| 000034 | QWEST CORPORATION | | | | | |
| 000021 | R.L. MILLIES & ASSOCIATES | | | | | |
| 000009 | SAKO & ASSOCIATES, INC. | | | | | |
| 000033 | SAKO & ASSOCIATES, INC. | | | | | |
| 000016 | SHANNON JONES | | | | | |
| 000014 | TERRA ENGINEERING | | | | | |
| 000013 | WISS JANNEY ELSTNER ASSOCIATES, INC | | | | | |
| 000004 | WOLFF LANDSCAPE ARCHITECTURE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | XO COMMUNICATIONS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

**Exhibit 8**

| Case No: | 06-09872   JPC   Judge: Jacqueline P. Cox |
| --- | --- |
| Case Name: | CAMPBELL TIU CAMPBELL, INC. |
| For Period Ending: | 06/21/12 |

| Trustee Name: | Frances Gecker |
| --- | --- |
| Date Filed (f) or Converted (c): | 12/07/06 (c) |
| 341(a) Meeting Date: | 01/10/07 |
| Claims Bar Date: | 01/09/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 550.21 | FA |
| 2. BANK ACCOUNTS | 21,748.40 | 21,748.40 | DA | 0.00 | FA |
| 3. CITIBANK MONEY MARKET ACCOUNT | 3,315.80 | 3,315.80 | | 104.08 | FA |
| 4. U.S. BANK CHECKING | 3,633.19 | 3,633.19 | | 2,275.71 | FA |
| 5. SECURITY DEPOSITS | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| 6. INSURANCE POLICIES    AXA Insurance policy for Wendell Campbell - Face Value 500,000.00 (refund). | 0.00 | 4,000.00 | | 3,864.63 | FA |
| 7. ACCOUNTS RECEIVABLE | 396,434.15 | 0.00 | | 137,875.24 | FA |
| 8. OFFICE EQUIPMENT | 5,000.00 | 5,000.00 | | 9,331.01 | FA |
| 9. PHONE SYSTEM | 0.00 | 0.00 | | 2,000.00 | FA |
| 10. Travelers Insurance Litigation Settlement (u) | 0.00 | 21,243.25 | | 21,243.25 | FA |
| 11. Debtor's Architectural Drawings (u) | 0.00 | 6,500.00 | | 6,500.00 | FA |
| 12. Litigation Settlement (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| Case No: | 06-09872 | JPC | Judge: Jacqueline P. Cox |
|---|---|---|---|
| Case Name: | CAMPBELL TIU CAMPBELL, INC. | | |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Date Filed (f) or Converted (c): | 12/07/06 (c) |
| 341(a) Meeting Date: | 01/10/07 |
| Claims Bar Date: | 01/09/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. Illinois Tax Refund (u) | 0.00 | 50.17 | | 50.17 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $435,131.54 | $80,490.81 | | $193,794.30 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL ACCOUNT HAS BEEN SUBMITTED FOR APPROVAL WITH THE UST.

Initial Projected Date of Final Report (TFR): 12/01/08        Current Projected Date of Final Report (TFR): 02/15/12

/s/    Frances Gecker

_____ Date: 06/21/12

FRANCES GECKER

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit 9

| Case No: | 06-09872  -JPC | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | CAMPBELL TIU CAMPBELL, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3655  MONEY MARKET |
| Taxpayer ID No: | *******9399 | | | |
| For Period Ending: | 06/21/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/21/06 | 4 | Wire Transfer | Bank Account Balance | 1129-000 | 2,275.71 | | 2,275.71 |
| 12/29/06 | 7 | City of Chicago<br>Department of Finance<br>Office of the Comptroller<br>33 N. LaSalle Street, Suite 700<br>Chicago, Illinois  60602 | Account Receivable | 1121-000 | 1,560.00 | | 3,835.71 |
| 12/29/06 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 0.87 | | 3,836.58 |
| 01/08/07 | 3 | Citibank<br>529 Forest Ave.<br>Evanston, IL  60202 | Money Market Account Balance | 1121-000 | 104.08 | | 3,940.66 |
| 01/08/07 | 7 | Parsons<br>1133 15th Street, NW<br>Washington, DC  20008 | Account Receivable | 1121-000 | 4,415.24 | | 8,355.90 |
| 01/19/07 | 7 | Bronzville Children's Museum<br>The Talon Group<br>Title Insurance Company<br>200 N. LaSalle, Suite 2450<br>Chicago, IL  60601 | Account Receivable | 1121-000 | 2,250.00 | | 10,605.90 |
| 01/26/07 | 8 | Essex Antiques & Collectibles Ltd.<br>724 Forest<br>Evanston, IL  60202 | Proceeds from Sale of Inventory | 1129-000 | 8,926.00 | | 19,531.90 |

Page Subtotals       19,531.90       0.00

Ver: 16.06b

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-09872  -JPC | | Trustee Name: | Frances Gecker |
| Case Name: | CAMPBELL TIU CAMPBELL, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3655  MONEY MARKET |
| Taxpayer ID No: | *******9399 | | | |
| For Period Ending: | 06/21/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/30/07 | 001000 | ESSEX ANTIQUES & COLLECTIBLES LTD. | Commission payment - Order 1/16/07 Order dated 1/16/07 | | | 5,263.00 | 14,268.90 |
| | | | Fees          3,263.00 | 3610-000 | | | |
| | | | Expenses     2,000.00 | 3620-000 | | | |
| 01/31/07 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 6.36 | | 14,275.26 |
| 02/26/07 | 9 | C&C Communications Division of KASC, Inc. 5042 W. 127th Street Alsip, IL  60803 | Sale of phone system re Order | 1129-000 | 2,000.00 | | 16,275.26 |
| 02/28/07 | 11 | Parkside of Old Town 1, LLC 350 W. Ontario, 7th Floor Chicago, IL  60610 | Purchase of Debtor's assets | 1229-000 | 6,500.00 | | 22,775.26 |
| 02/28/07 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 11.00 | | 22,786.26 |
| 03/30/07 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 19.14 | | 22,805.40 |
| 04/02/07 | 8 | ESSEX ANTIQUES & COLLECTIBLES LTD. | Proceeds from sale of inventory | 1129-000 | 405.01 | | 23,210.41 |
| 04/03/07 | 6 | Health Care Service Corporation 300 E. Randolph Chicago, IL  60601-5099 | Premium refund | 1129-000 | 1,411.50 | | 24,621.91 |
| 04/13/07 | 10 | Travelers Insurance | Litigation Settlement | 1249-000 | 21,243.25 | | 45,865.16 |

Page Subtotals          31,596.26          5,263.00

Ver: 16.06b

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-09872 -JPC | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | CAMPBELL TIU CAMPBELL, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3655  MONEY MARKET |
| Taxpayer ID No: | *******9399 | | |
| For Period Ending: | 06/21/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/07 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 27.53 | | 45,892.69 |
| 05/01/07 | 7 | Chicago Title and Trust Company<br>171 N. Clark Street<br>Chicago, IL  60601 | Account Receivable | 1121-000 | 3,085.00 | | 48,977.69 |
| 05/14/07 | 7 | Greater Illinois Title Company<br>120 N. LaSalle Street, Suite 900<br>Chicago, Illinois  60602 | Scheduled Accts. Receivable | 1121-000 | 4,880.00 | | 53,857.69 |
| 05/18/07 | 6 | First Insurance Funding Corp.<br>450 Skokie Blvd.<br>Suite 1000<br>Northbrook, IL  60065-3306 | Insurance refund | 1129-000 | 1,006.29 | | 54,863.98 |
| 05/31/07 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 43.71 | | 54,907.69 |
| 06/11/07 | 7 | South Shore Baptist Church<br>7877 S. Coles<br>Chicago, IL  60649 | Account Receivable | 1121-000 | 5,335.00 | | 60,242.69 |
| 06/29/07 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 47.61 | | 60,290.30 |
| 07/09/07 | 7 | County of Cook<br>Chicago, IL | ACCOUNTS RECEIVABLE | 1121-000 | 15,000.00 | | 75,290.30 |
| 07/31/07 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 58.94 | | 75,349.24 |
| 08/31/07 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 64.00 | | 75,413.24 |

Page Subtotals  29,548.08  0.00

Ver: 16.06b

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:      06-09872 -JPC
Case Name:    CAMPBELL TIU CAMPBELL, INC.

Taxpayer ID No: *******9399
For Period Ending:  06/21/12

Trustee Name:              Frances Gecker
Bank Name:                 BANK OF AMERICA
Account Number / CD #:     *******3655  MONEY MARKET

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/10/07 | 7 | The Travelers Indemnity Company One Tower Square Hartford, CT  06183 | Settlement pursuant to Court Order | 1121-000 | 25,000.00 | | 100,413.24 |
| 09/28/07 | 1 | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 57.25 | | 100,470.49 |
| 10/30/07 | 001001 | FRANK/GECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL  60610 | Fee App - Order dated 10/30/07 | 3110-000 | | 20,000.00 | 80,470.49 |
| 10/30/07 | 001002 | CITIBANK F.S.B. | Order dated 10/30/07 | 4110-000 | | 45,000.00 | 35,470.49 |
| 10/31/07 | 1 | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 64.00 | | 35,534.49 |
| 11/15/07 | 7 | Goody, Clancy & Associates, Inc. 420 Boylston Street Boston, Massachusetts  02116-3866 | Litigation Settlement | 1121-000 | 76,350.00 | | 111,884.49 |
| 11/20/07 | 001003 | FRANK/GECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL  60610 | Second half of Fee App Balance owed after funds deposited from Goody Clancy cleared deposit.  Pursuant to Order dated 10/30/07     Fees         34,428.00     Expenses        553.45 | 3110-000 3120-000 | | 34,981.45 | 76,903.04 |
| 11/29/07 | 001004 | CITIBANK, F.S.B. | Order dated 10/30/07 | 4110-000 | | 32,694.37 | 44,208.67 |

Page Subtotals    101,471.25    132,675.82

Ver: 16.06b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   5

Exhibit 9

| Case No: | 06-09872 -JPC | Trustee Name: | Frances Gecker |
| Case Name: | CAMPBELL TIU CAMPBELL, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3655  MONEY MARKET |
| Taxpayer ID No: | *******9399 | | |
| For Period Ending: | 06/21/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/07 | 1 | BANK OF AMERICA | Interest Rate  0.650 | 1270-000 | 34.60 | | 44,243.27 |
| 12/31/07 | 1 | BANK OF AMERICA | Interest Rate  0.500 | 1270-000 | 26.39 | | 44,269.66 |
| 01/31/08 | 1 | BANK OF AMERICA | Interest Rate  0.400 | 1270-000 | 17.54 | | 44,287.20 |
| 02/05/08 | 001005 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA  70139 | Blanket Bond Payment | 2300-000 | | 40.18 | 44,247.02 |
| 02/15/08 | 6 | St. Paul Fire and Marine Ins. Co. Travelers AP 385 Washington St. St. Paul, MN  55101-6203 | Insurance Refund | 1129-000 | 798.27 | | 45,045.29 |
| 02/29/08 | 1 | BANK OF AMERICA | Interest Rate  0.300 | 1270-000 | 10.57 | | 45,055.86 |
| 03/31/08 | 1 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 10.65 | | 45,066.51 |
| 04/30/08 | 1 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 9.23 | | 45,075.74 |
| 05/30/08 | 1 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 5.72 | | 45,081.46 |
| 06/23/08 | 001006 | ILLINOIS DEPT. OF REVENUE | Taxes Due for 2006 Tax payment for 2006 | 2820-000 | | 1,914.00 | 43,167.46 |
| 06/25/08 | 001007 | Bank of America | 2006 Taxes due Pursuant to Alan Lasko's instructions, we are to | 4300-000 | | 4,504.00 | 38,663.46 |

| | | | | Page Subtotals | 912.97 | 6,458.18 | |

Ver: 16.06b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   6

Exhibit 9

| Case No: | 06-09872  -JPC | Trustee Name: | Frances Gecker |
| Case Name: | CAMPBELL TIU CAMPBELL, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3655  MONEY MARKET |
| Taxpayer ID No: | *******9399 | | |
| For Period Ending: | 06/21/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | forward payment of 2006 taxes to Bank of America who will submit the Form 8109 Coupon with payment to the U.S. Treasury for taxes due in 2006.  This is because the payroll and other records are not available for this bankrupt corporation. | | | | |
| 06/30/08 | 1 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 5.42 | | 38,668.88 |
| 07/31/08 | 1 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 4.91 | | 38,673.79 |
| 08/29/08 | 1 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 4.91 | | 38,678.70 |
| 09/04/08 | 001008 | ILLINOIS DEPT. OF REVENUE | 2007 State Taxes | 2820-000 | | 3,365.00 | 35,313.70 |
| 09/04/08 | 001009 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE | 2007 Taxes Due - FEIN 35-1129399 | 2810-000 | | 14,945.00 | 20,368.70 |
| 09/11/08 | 001010 | UNITED STATES TREASURY Internal Revenue Service Cincinnati, OH  45999-0012 | Amended Fed. Return Taxes due (2006 | 2810-000 | | 4,431.00 | 15,937.70 |
| 09/30/08 | 1 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 2.94 | | 15,940.64 |
| 10/07/08 | 001011 | ILLINOIS DEPT. OF REVENUE | ILlinois Tax Unpaid Balance | 2820-000 | | 126.27 | 15,814.37 |
| 10/16/08 | 13 | ILLINOIS DEPT. OF REVENUE | | 1224-000 | 50.17 | | 15,864.54 |
| 10/17/08 | 12 | Zurich American Insurance Company PO Box 66941 | | 1249-000 | 10,000.00 | | 25,864.54 |

Page Subtotals          10,068.35          22,867.27

Ver: 16.06b

FORM 2

Page:   7

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 06-09872 -JPC |
| Case Name: | CAMPBELL TIU CAMPBELL, INC. |
| Taxpayer ID No: | *******9399 |
| For Period Ending: | 06/21/12 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******3655  MONEY MARKET |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL  60666 | | | | | |
| 10/31/08 | 1 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 1.79 | | 25,866.33 |
| 11/28/08 | 1 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 2.12 | | 25,868.45 |
| 12/31/08 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.30 | | 25,869.75 |
| 01/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.21 | | 25,869.96 |
| 02/04/09 | 001012 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA  70139 | Blanket Bond | 2300-000 | | 30.48 | 25,839.48 |
| 02/25/09 | 001013 | UNITED STATES TREASURY Internal Revenue Service Cincinnati, OH  45999-0012 | Tax period 6-3-07 | 2810-000 | | 1,647.28 | 24,192.20 |
| 02/27/09 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.20 | | 24,192.40 |
| 03/09/09 | 001014 | ALAN D. LASKO & ASSOCIATES, P.C. 29 S. LASALLE STREET SUITE 1240 CHICAGO, IL 60603     Fees          7,216.20     Expenses       70.13 | Lasko's fees - Order of 3/5/09               3410-000 3420-000 | | | 7,286.33 | 16,906.07 |
| 03/23/09 | 6 | St. Paul Fire and Market Ins. Co. | | 1129-000 | 648.57 | | 17,554.64 |

Page Subtotals            654.19        8,964.09

Page:   8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-09872 -JPC | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | CAMPBELL TIU CAMPBELL, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3655  MONEY MARKET |
| Taxpayer ID No: | *******9399 | | |
| For Period Ending: | 06/21/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | One Penn's Way New Castle, DE  19720 | | | | | |
| 03/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.18 | | 17,554.82 |
| 04/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.38 | | 17,555.20 |
| 05/29/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.44 | | 17,555.64 |
| 06/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.44 | | 17,556.08 |
| 07/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.45 | | 17,556.53 |
| 08/19/09 | 001015 | ILLINOIS DEPARTMENT OF REVENUE P.O. BOX 19008 SPRINGFIELD, IL  62794-9008 | FEIN: 35-1129399; IL-1120-V | 2820-000 | | 214.00 | 17,342.53 |
| 08/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.45 | | 17,342.98 |
| 09/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.43 | | 17,343.41 |
| 10/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.44 | | 17,343.85 |
| 11/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.43 | | 17,344.28 |
| 12/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.44 | | 17,344.72 |
| 01/29/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.43 | | 17,345.15 |

Page Subtotals       4.51       214.00

Ver: 16.06b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-09872 -JPC | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | CAMPBELL TIU CAMPBELL, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3655 MONEY MARKET |
| Taxpayer ID No: | *******9399 | | | |
| For Period Ending: | 06/21/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/08/10 | 001016 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | Blanket Bond Payment | 2300-000 | | 15.01 | 17,330.14 |
| 02/26/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.40 | | 17,330.54 |
| 03/31/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.45 | | 17,330.99 |
| 04/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.43 | | 17,331.42 |
| 05/28/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.44 | | 17,331.86 |
| 06/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.43 | | 17,332.29 |
| 07/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.44 | | 17,332.73 |
| 08/31/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.45 | | 17,333.18 |
| 09/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.43 | | 17,333.61 |
| 10/29/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.43 | | 17,334.04 |
| 11/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.44 | | 17,334.48 |
| 12/31/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.44 | | 17,334.92 |
| 01/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.44 | | 17,335.36 |

| | | Page Subtotals | | | 5.22 | 15.01 | |

Ver: 16.06b

UST Form 101-7-TDR (5/1/2011) *(Page: 24)*

FORM 2

Page: 10

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-09872 -JPC | Trustee Name: | Frances Gecker |
| Case Name: | CAMPBELL TIU CAMPBELL, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3655  MONEY MARKET |
| Taxpayer ID No: | *******9399 | | |
| For Period Ending: | 06/21/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/08/11 | 001017 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | BLANKET BOND | 2300-000 | | 19.73 | 17,315.63 |
| 02/28/11 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.13 | | 17,315.76 |
| 03/31/11 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.15 | | 17,315.91 |
| 04/29/11 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.14 | | 17,316.05 |
| 05/31/11 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.15 | | 17,316.20 |
| 06/30/11 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.14 | | 17,316.34 |
| 07/29/11 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.14 | | 17,316.48 |
| 08/31/11 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.16 | | 17,316.64 |
| 09/30/11 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.14 | | 17,316.78 |
| 10/31/11 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.15 | | 17,316.93 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 22.06 | 17,294.87 |
| 11/30/11 | 1 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.14 | | 17,295.01 |
| 12/29/11 | 1 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.13 | | 17,295.14 |

| | | | Page Subtotals | | 1.57 | 41.79 | |

Ver: 16.06b

FORM 2                                                                    Page: 11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                        Exhibit 9

| | | |
|---|---|---|
| Case No: | 06-09872 -JPC | |
| Case Name: | CAMPBELL TIU CAMPBELL, INC. | |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******3655  MONEY MARKET |

| | |
|---|---|
| Taxpayer ID No: | *******9399 |
| For Period Ending: | 06/21/12 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/29/11 | | Transfer to Acct #*******2137 | Bank Funds Transfer | 9999-000 | | 17,295.14 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 193,794.30 | 193,794.30 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 17,295.14 | |
| Subtotal | 193,794.30 | 176,499.16 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 193,794.30 | 176,499.16 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 17,295.14 |

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 26)*

FORM 2                                                                      Page:   12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                          Exhibit 9

| | |
|---|---|
| Case No: | 06-09872  -JPC |
| Case Name: | CAMPBELL TIU CAMPBELL, INC. |
| | |
| Taxpayer ID No: | *******9399 |
| For Period Ending: | 06/21/12 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2137  GENERAL CHECKING |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******3655 | Bank Funds Transfer | 9999-000 | 17,295.14 | | 17,295.14 |
| 03/30/12 | 001000 | FRANCES GECKER FRANK/GECKER LLP 325 N. LaSalle Street, Suite 625 Chicago, IL  60654 | Chapter 7 Compensation/Fees | 2100-000 | | 12,918.05 | 4,377.09 |
| 03/30/12 | 001001 | ALAN D. LASKO & ASSOCIATES, P.C. 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO, ILLINOIS  60603 | Accountant for Trustee Fees (Other | | | 2,369.29 | 2,007.80 |
| | | | Fees        2,344.94 | 3410-000 | | | |
| | | | Expenses         24.35 | 3420-000 | | | |
| 03/30/12 | 001002 | FRANK/GECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL  60654 | Attorney for Trustee Fees (Trustee | | | 1,507.80 | 500.00 |
| | | | Fees        1,416.50 | 3110-000 | | | |
| | | | Expenses         91.30 | 3120-000 | | | |
| 03/30/12 | 001003 | Office of the U.S. Trustee <B>(ADMINISTRATIVE)</B> | Claim 000028, Payment 100.00% | 2950-000 | | 500.00 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 17,295.14 | 17,295.14 |

Ver: 16.06b

FORM 2                                                                                              Page:   13

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                     Exhibit 9

Case No:          06-09872  -JPC                    Trustee Name:           Frances Gecker
Case Name:        CAMPBELL TIU CAMPBELL, INC.       Bank Name:              Congressional Bank
                                                    Account Number / CD #:  *******2137  GENERAL CHECKING

Taxpayer ID No:   *******9399
For Period Ending: 06/21/12                         Blanket Bond (per case limit):  $  5,000,000.00
                                                    Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 17,295.14 | 17,295.14 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 17,295.14 | 0.00 | |
| | | | Subtotal | | 0.00 | 17,295.14 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 17,295.14 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - *******3655 | 193,794.30 | 176,499.16 | 0.00 |
| GENERAL CHECKING - *******2137 | 0.00 | 17,295.14 | 0.00 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 193,794.30 | 193,794.30 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

                  /s/     Frances Gecker

Trustee's Signature: _____   Date: 06/21/12
                  FRANCES GECKER

                                      Page Subtotals          0.00              0.00

                                                                            Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 28)*